See 112 F.2d 1007.

## ROBERTSON v. UNITED STATES.

### No. 8286.

Circuit Court of Appeals, Sixth Circuit.

April 10, 1940.

Donald B. Frederick, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for appellee.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the transcript, briefs, and arguments of counsel; and it appearing that the testimony of an accomplice need not be corroborated to support a conviction [Caminetti v. United States, 242 U.S. 470, 495, 37 S.Ct. 192, 61 L.Ed. 442, L.R.A. 1917F, 502, Ann.Cas.1917B, 1168; Nibbelink v. United States, 6 Cir., 73 F.2d 677, 678; United States v. Muraskin, 2 Cir., 99